IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


UNITED STATES OF AMERICA

    vs.                         4:12CR00262-01-BRW

CHRISTOPHER HAMILTON


ORDER

Pending is the Government's Motion to Dismiss Indictment as to the defendant Christopher

Hamilton (Doc. No. 10). The Motion is GRANTED. The Indictment is dismissed as to the

defendant, Christopher Hamilton.

IT IS SO ORDERED this 24th day of October, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

orddismindictment.wpd